IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BML REC LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOD BANANA LLC,<br><br>    Defendant. | 8:22CV50<br><br>**ORDER FOR DISMISSAL ON STIPULATION** |

This case is before the Court on the parties' November 8, 2022, Joint Stipulation for Dismissal. Filing 37. In their Joint Stipulation, which is signed by both parties, the parties state that they have mutually agreed to dismiss this matter with prejudice and with each party to bear its own costs and attorneys' fees. They request that the Court dismiss this action on those terms. Accordingly,

IT IS ORDERED that the parties' November 8, 2022, Joint Stipulation for Dismissal, Filing 37, is granted, and this action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated this 9th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge